FILED: April 19, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1376
(5:15-cv-00468-F)
_____

TYRONE HURT

      Plaintiff - Appellant

v.

D.C. METRO TRANSIT TRANSPORTATION; THE INTERNATIONAL CRIMINAL COURT, 1946 Hague Germany; THE INTERNATIONAL PEACE COURT, 1946 Hague Germany; CHIEFS OF POLICE, and all law enforcement officials

      Defendants - Appellees

_____

O R D E R
_____

The court defers consideration of the application to proceed in forma pauperis pending review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk